*Summary Disposition April 22, 2009:*

PEOPLE V PINKNEY, No. 138550. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Berrien Circuit Court for reconsideration of the conditions of the appeal bond. We order the trial court, within 21 days of the date of this order, to articulate the specific reasons for imposing a "24/7 curfew" on defendant. The trial court shall file with the Clerk of the Supreme Court a transcript and related documents, if any, within 14 days of the completion of the proceedings on remand. We retain jurisdiction. Court of Appeals No. 286992.

*Leave to Appeal Denied April 22, 2009:*

PEOPLE V GOLDEN, No. 137208. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for leave to add a new issue or file a complaint for superintending control is denied. Court of Appeals No. 285055.

PEOPLE V HILASKI, No. 137561; Court of Appeals No. 276243.

PEOPLE V CZUJ, No. 137623; Court of Appeals No. 276581.

DAIMLERCHRYSLER CORPORATION V WESCO DISTRIBUTION, INC, No. 137673; reported below: 281 Mich App 240.

PEOPLE V BORGES, No. 137677; Court of Appeals No. 278100.

NEWSUM V WIRTZ MANUFACTURING COMPANY, INC, No. 137760; Court of Appeals No. 277583.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY V MICHIGAN CATASTROPHIC CLAIMS ASSOCIATION, No. 137761; Court of Appeals No. 277765.
HATHAWAY, J. I would grant leave to appeal.

PEOPLE V O'NEAL, No. 137796; Court of Appeals No. 257333.
KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.

PEOPLE V BECKER, No. 137828; Court of Appeals No. 285858.
KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.

PEOPLE V MATHIS, No. 137835; Court of Appeals No. 279352.
KELLY, C.J. I would grant leave to appeal.

PEOPLE V DONALD MORRIS, II, No. 137847; Court of Appeals No. 287893.

BURKHART ASSOCIATES, INC V NOWAKOWSKI, Nos. 137972 and 137973; Court of Appeals Nos. 277744 and 279402.
KELLY, C.J., and HATHAWAY, J. We would grant leave to appeal.

PEOPLE V MCCALL, No. 137999; Court of Appeals No. 288477.
KELLY, C.J. I would remand this case to the Court of Appeals for consideration as on leave granted.